IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREGORY ASHLEY MOYER, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No. CIV-25-429-SLP ) |
| JAMES V. MURRAY, Attorney at Law, et al., | ) ) |
|     Defendants. | ) |

## **O R D E R**

Upon review of the docket, certain exhibits attached to Plaintiff's Responses to Motions to Dismiss, [Doc. Nos. 46-5, 52-1], contain protected information to include the names of one or more individuals that appear to be minors. *See* Fed. R. Civ. P. 5.2(a). Accordingly, the Clerk of Court is directed to seal those exhibits.[1]

Plaintiff is reminded that the Court expects him to comply with the privacy protection requirements of Rule 5.2(a) in all filings submitted to the Court. As explained in the Court's prior Order [Doc. No. 34], if a minor child's name is referenced, Plaintiff should redact the name and include only the child's initials. *See* Fed. R. Civ. P. 5.2(a)(3). Failure to comply with the privacy protection requirements of Rule 5.2(a) in future filings may result in those filings being summarily stricken.

---

[1] The Court reserves the right to unseal these matters as may be warranted or to direct that redacted versions be filed.

IT IS SO ORDERED this 16th day of July, 2025.

*[signature]*

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE