# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

GREGORY ASHLEY MOYER,       )
                                  )

      Plaintiff,                )
                                  )

v.                                )      Case No. CIV-25-429-SLP
                                  )

JAMES V. MURRAY, Attorney at Law, et al.,  )
                                  )

      Defendants.             )

## O R D E R

Before the Court is Plaintiff's Amended Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b)(2), 60(b)(3), and 60(b)(6) [Doc. No. 81]. Upon review, the Court notes that the filing contains protected information to include the names of one or more individuals that appear to be minors. *See* Fed. R. Civ. P. 5.2(a). Accordingly, the Clerk of Court is directed to seal the Amended Motion. The Court further directs Plaintiff to file a redacted Amended Motion and only reference the initials of any minor child. *See* Fed. R. Civ. P. 5.2(a)(3). Plaintiff has been reminded of this requirement on prior occasions. *See* Orders [Doc. Nos. 34 and 53]. Plaintiff's continued refusal to comply with privacy protection requirements is concerning and the Court will summarily strike any future filings that fail to comply.

IT IS THEREFORE ORDERED that the Clerk of Court shall seal Plaintiff's Amended Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b)(2), 60(b)(3), and 60(b)(6) [Doc. No. 81].

IT IS FURTHER ORDERED that within seven days, or by April 13, 2026, Plaintiff shall file a redacted version of his Amended Motion as directed.

IT IS SO ORDERED this 6th day of April, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

2